# Court of Appeals
# of the State of Georgia

ATLANTA,____April 29, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A0983.  BROUGHTON v. SUNTRUST MORTGAGE, INC., ET AL.

This case was docketed by this court on January 27, 2015, and appellant's brief and enumerations of error were due February 16, 2015.  On February 11, 2015, this court granted the appellant's Motion for Extension of Time, extending the deadline to March 13, 2015 for appellant to file his brief.  As of the date of this order, appellant has not filed a brief and enumeration of errors and has not requested any further extensions of time in which to do so.  Additionally, Appellee has filed a Motion to Dismiss Appeal.  Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____04/29/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*